THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
W. T. Prince,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-070
Submitted November 19, 2003  Filed February 11, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Deputy Director For Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, S.C. Dept. of Probation, 
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Prince pled guilty to use of 
 a motor vehicle without the owners consent.  He was sentenced to three years 
 imprisonment, suspended upon service of fifty-nine days and two years probation, 
 with credit given for time served.  Prince also pled guilty to malicious injury 
 to personal property less than $1000 and received thirty days with credit for 
 time served.  W. T. Prince appeals the revocation of his probation.  His counsel 
 attached to the final brief a petition to be relieved as counsel stating she 
 had reviewed the record and concluded the appeal lacked merit.  Prince did not 
 file a pro se response.
We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Princes appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.